IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE D. VINCENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-3249-CV-S-NKL-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is Ronnie D. Vincent's Motion for Attorney's Fees Under the Equal Access to Justice Act [Doc. # 11]. For the reasons set forth below, the Court grants Vincent's Motion.

In an Order dated October 27, 2004, the Court remanded this matter pursuant to 42 U.S.C. § 405(g), sentence six, which states: "The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . ."

Upon remand, an administrative hearing was held, after which the ALJ issued a fully favorable decision on October 23, 2006. Thereafter, the Commissioner filed its Motion for Final Judgment, which the Court granted on February 21, 2007.

Vincent subsequently filed his pending Motion wherein he requested attorney's fees in the amount of $1,002.61, which represents 5.55 hours of attorney time at $160.38

per hour and 1.5 hours of paralegal time at $75 per hour.  Vincent also requested reimbursement of photocopying expenses totaling $7.70.  Pursuant to 28 U.S.C. § 2412, the Court may award reasonable attorney's fees to the prevailing party in any civil action brought against any official of the United States acting in his or her official capacity.  For its part, the Commissioner has not filed a brief in opposition to Vincent's request.  After consideration, the Court finds that the fees and expenses claimed by Vincent are reasonable.

Accordingly, it is hereby

ORDERED that Vincent's Motion for Attorney's Fees [Doc. # 11] is GRANTED.  Vincent's attorney is awarded $1,002.61 in attorneys' fees and $7.70 in expenses, which shall be paid to Bruce K. Kirby through the SSA Payment Directive, Transit Number 086504326.

    s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated:  July 9, 2007  
Jefferson City, Missouri